MWG:ML
F. #2024R00722

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>A F F I D A V I T   A N D   C O M P L A I N T   I N   S U P P O R T   O F   A N   A P P L I C A T I O N   F O R   A R R E S T   W A R R A N T</u> |
| - against - | |
| ANTHONY MORGAN, | |
| Defendant. | (18 U.S.C. § 751(a)) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X      No. 24-MJ-526

EASTERN DISTRICT OF NEW YORK, SS:

DAVID VIZHNAY, being duly sworn, deposes and states that he is an Deputy Marshal with the United States Marshals Service, duly appointed according to law and acting as such.

On or about April 21, 2022, within the Eastern District of New York and elsewhere, the defendant ANTHONY MORGAN, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative.

(Title 18, United States Code, Section 751(a))

The source of your deponent's information and the grounds for his/her belief are as follows:[1]

1. On or about July 10, 2019, defendant MORGAN was convicted in the Eastern District of New York of one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).  See Minute Entry, United States v. Anthony Morgan, No. 19-CR-308 (ILG) (E.D.N.Y. July 10, 2019); see also Judgment, ECF No. 28 (the "Original Conviction").   MORGAN was sentenced to 47 months' imprisonment to be followed by three years of supervised release pursuant to a judgment entered on January 16, 2020.  See id.

2. On or about January 13, 2022, MORGAN was transferred from United States Penitentiary Big Sandy, Kentucky to Brooklyn House, a residential reentry center ("RRC") (commonly known as a halfway house) in Brooklyn, New York, where he was not scheduled to be released until July 1, 2022.

3. On or about April 21, 2022, at approximately 9:52 p.m., MORGAN walked out of the RRC without authorization.   The duty officer was notified of MORGAN's exit at approximately 9:57 p.m. that night, and the United States Marshals Service ("USMS") was similarly notified at approximately 10:07 p.m. that night.

4. MORGAN failed to return to the RRC.

5. On or about April 10, 2024, MORGAN was arrested by New York City Police Department ("NYPD") officers in Brooklyn, New York for charges unrelated to the Original Conviction or his departure from the RRC.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

6. On or about April 12, 2024, MORGAN was released from NYPD custody, and the USMS transferred MORGAN to the Metropolitan Detention Center in Brooklyn, New York to serve the remainder of his sentence for the Original Conviction. MORGAN is currently scheduled to conclude his sentence for the Original Conviction on or about September 14, 2024.

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant ANTHONY MORGAN so that he may be dealt with according to law.

_____
DAVID VIZHNAY
Deputy Marshal
United States Marshals Service

Sworn to before me this
 5  day of September, 2024

_____
THE HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY MORGAN<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 24-MJ-526 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANTHONY MORGAN ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☑ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 751 (escape from federal custody)

Date: September 5, 2024 at 10:46 a.m.

*Joseph A. Marutollo*
*Issuing officer's signature*

City and state: Brooklyn, New York

Hon. Joseph A. Marutollo
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____        Weight: _____

Sex: _____              Race: _____

Hair: _____              Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____